UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEWAYNE DUPREE** | **CIVIL ACTION NO. 3:12-cv-1442** |
| VS. | SECTION P |
| **FOURTH JUDICIAL DISTRICT COURT** | JUDGE DONALD E. WALTER |
| | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking damages against a defendant who is immune from suit in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

THUS DONE AND SIGNED, in chambers, in ~~Lake Charles~~ Shreveport, Louisiana, on this 7 day of November, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE